## UNITED STATES of America, Appellant, v. Louis LOVEALL.

### No. 11815.

Circuit Court of Appeals, Eighth Circuit.

Aug. 26, 1940.

Richard K. Phelps, Acting U. S. Atty., and Charles L. Chalender, Atty., Department of Justice, both of Kansas City, Mo., for appellant.

Lawrence E. Goldman and Frank R. Daley, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant and stipulation of parties.